David A. Semanchik, Esq.
Attorney at Law
1130 Hooper Avenue, Suite 1
Toms River, NJ 08753
Phone: 732-240-4055
Fax:   732-240-3011
Email: info@semanchiklaw.com
Attorney for Pittsburgh Mills Limited Partnership

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:<br><br>    Hang Ten Retail USA, Inc.<br><br><br>              DEBTOR | Case No. 05-60764-DHS<br>Chapter 7<br><br><br>NOTICE OF MOTION FOR PAYMENT OF UNCLAIMED FUNDS<br><br>Hearing Date:<br>December 15, 2009<br>10 a.m. |

To: **ALL PARTIES ON THE ANNEXED SERVICE LIST**

**PLEASE TAKE NOTICE** THAT THE UNDERSIGNED WILL APPLY BEFORE

Honorable:   Judge Donald H. Steckroth
Date:        December 15, 2009
Time:        10 AM
Place:       United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102

RELIEF SOUGHT:  ORDER DIRECTING PAYMENT OF FUNDS TO PITTSBURGH MILLS LIMITED PARTNERSHIP, PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 ET. SEQ.AND D.N.J. LBR 9013-1 and such other relief as the court may deem appropriate.

GROUNDS: See annexed certification.

STATEMENT RE BRIEF: Due to the uncomplicated legal issue and the Certification of the relevant facts, a brief is not necessary.

**PLEASE TAKE NOTICE** that Pittsburgh Mills Limited Partnership, a creditor in the above –captioned proceeding (the "Claimant"), by and through counsel, David A. Semanchik, shall move for an Order Directing Payment of Funds to Creditor Claimant, Pursuant to 11 U.S.C. §347 and 28 U.S.C. §et. seq. (the "Motion"). The funds are in the Court Clerk's registry for unclaimed funds. The undersigned moves as required by Local Bankruptcy Rule D.N.J. LBR 3011-1.

**PLEASE TAKE FURTHER NOTICE**, that in support of the Motion, the Claimant shall rely upon the certification and proposed form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any objections to this Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court in the time required by the Rules of the Court, at the address listed above.

**PLEASE TAKE FURTHER NOTICE** that failure of any person or entity receiving notice of the Motion to file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as the same may be modified, and the within Motion shall be deemed uncontested.

PLEASE TAKE FURTHER NOTICE, that pursuant to D.N.J. LBR 9013-1(f) of the Local Rules of this Court, the undersigned hereby requests oral argument only if the within Motion is opposed.

Dated: November 13, 2009          /s/ David A. Semanchik
                                  David A. Semanchik

## Service List

Office of the United States Attorney
502 Federal Building
970 Broad Street, Room 700
Newark, NJ 07102

Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Jay L. Lubetkin
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(Chapter 7 Trustee)

Walter J. Greenhalgh
Duane Morris, LLP
744 Broad Street
Newark, NJ 07102
(Debtor's Attorney)